IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jennings, Stephen | Case Number: 05 B 04506 |
| | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 2/10/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 24, 2008
Confirmed: September 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,029.32 | |
| Secured: | | 2,916.67 |
| Unsecured: | | 0.00 |
| Priority: | | 16,057.98 |
| Administrative: | | 1,599.00 |
| Trustee Fee: | | 1,187.67 |
| Other Funds: | | 268.00 |
| Totals: | 22,029.32 | 22,029.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 1,599.00 | 1,599.00 |
| 2. | Honor Finance | Secured | 2,916.67 | 2,916.67 |
| 3. | Internal Revenue Service | Priority | 6,631.06 | 0.00 |
| 4. | Illinois Dept Of Public Aid | Priority | 12,222.87 | 6,249.44 |
| 5. | Illinois Dept Of Public Aid | Priority | 19,183.99 | 9,808.54 |
| 6. | ASAP/Union Bank And Trust | Unsecured | 357.55 | 0.00 |
| 7. | Honor Finance | Unsecured | 78.14 | 0.00 |
| 8. | Governors State University | Unsecured | 90.08 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 340.18 | 0.00 |
| 10. | William Penn College | Unsecured | | No Claim Filed |
| 11. | Bally Health & Tennis Club | Unsecured | | No Claim Filed |
| 12. | Unipac | Unsecured | | No Claim Filed |
| | | | $ 43,419.54 | $ 20,573.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 416.02 |
| 5% | 80.41 |
| 4.8% | 154.37 |
| 5.4% | 361.76 |
| 6.5% | 86.84 |
| 6.6% | 88.27 |
| | $ 1,187.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jennings, Stephen

Printed: 01/22/09

Case Number:  05 B 04506
Judge:  Hollis, Pamela S
Filed:  2/10/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

